THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ivan Simpkins, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-057
Submitted January 1, 2008  Filed January
 15, 2008    
APPEAL DISMISSED

 
 
 
 Elanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Simpkins
 appeals his guilty plea to strong arm robbery.  On appeal, Simpkins alleges the plea did not meet the mandates of Boykin v.
 Alabama, 395 U.S. 238 (1969).  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Simpkinss appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.